JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard – #195
Las Vegas, NV 89102
 (702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MARY J. KINCAID-CHAUNCEY,<br><br>　　　　　　　Plaintiff<br><br>v.<br><br>SMITH'S FOOD & DRUG CENTERS, INC.,<br><br>　　　　　　　Defendant | Case No.: 2:24-cv-00464-CDS-DJA<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

　　　　WHEREAS, counsel for the parties have agreed upon a full and final settlement of this matter; and

　　　　WHEREAS, pursuant to the Order contained in ECF No. 33, Defendant was to pay the reasonable attorneys' fees and expenses that Plaintiff's counsel expended in preparing for and holding the two depositions of Tracey Miranda; and

　　　　WHEREAS, as part of the settlement, Defendant has already paid expenses pursuant to ECF No. 33 and the settlement amount paid concurrently herewith by Defendant includes reasonable attorneys' fees pursuant to ECF No. 33;

　　　　IT IS HEREBY STIPULATED AND AGREED by and between JOSHUA D. JUDD, ESQ. of the law firm SGRO & ROGER, Attorneys for Plaintiff MARY J. KINCAID-CHAUNCEY, and JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON, P.A., Attorneys for Defendant SMITH'S FOOD & DRUG CENTERS, INC., as follows:

NG-C2N3CBX6 4907-4528-2617.1

1. That the claims herein of Plaintiff MARY J. KINCAID-CHAUNCEY against SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own attorney's fees and costs; and

2. That the Court vacate any deadlines or filing dates remaining on the Court's docket.

Respectfully submitted this 5th day of May, 2025.

| SGRO & ROGER | COOPER LEVENSON, P.A. |
|---|---|
| /s/ Joshua D. Judd<br>JOSHUA D. JUDD, ESQ.<br>Nevada Bar No. 014890<br>2901 El Camino Avenue – Suite 204<br>Las Vegas, NV 89102<br>(702) 384-9800<br>Attorneys for Plaintiff<br>MARY J. KINCAID-CHAUNCEY | /s/ Jerry S. Busby<br>JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 001107<br>3016 West Charleston Boulevard - #195<br>Las Vegas, Nevada 89102<br>(702) 366-1125<br>Attorneys for Defendant<br>SMITH'S FOOD & DRUG CENTERS, INC. |

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE

DATED: May 5, 2025

NG-C2N3CBX6 4907-4528-2617.1